spondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the Studebaker Bros. Company of New York against John C. Calderwood. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the justice should have found in favor of the plaintiff the fair and true value of the items of the plaintiff's claim, in addition to the two of $61 and $30.50 which were allowed, and that the so-called counterclaim should have been disallowed.

TITLE GUARANTEE & TRUST CO., Respondent, v. DOBROEZYNSKI, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the Title Guarantee & Trust Company against Isador Dobroezynski. No opinion. Judgment of the Municipal Court affirmed, with costs.

UNDERWOOD, Appellant, v. UNDERWOOD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Mertie L. Underwood against Margaret E. R. Underwood, as executrix, etc. No opinion. Judgment and order affirmed, with costs.

UNITED MERCHANTS' REALTY CO. v. ROTH. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the United Merchants' Realty Company against Max J. Roth. No opinion. Motion granted, questions certified, and order filed.

UNITED STATES, Respondent, v. PAVEK et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by the United States of America against John G. Pavek and others.
PER CURIAM. Final order affirmed, with costs.
RICH, J., dissents.

VAN GORDER, Respondent, v. HELMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Action by Greenleaf S. Van Gorder against Frederick D. Helmer, as executor, etc. No opinion. Motion to dismiss appeal granted, with costs of the appeal, including $10 costs of this motion. Held, that the costs and disbursements should be taxed by the clerk in the first instance.

VAN NORDEN TRUST CO. v. MURPHY. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the Van Norden Trust Company against Edward F. Murphy, as executor. No opinion. Motion denied, without costs. Settle order on notice.

VILLAGE OF HAVERSTRAW, Respondent, v. ECKERSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the village of Haverstraw against J. Esler Eckerson and others. No opinion. Motion granted.

VON POIN v. MONTANYE. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Max A. Von Poin against Mary E. Montanye. No opinion. Motion granted, with $10 costs. Order filed.

VOUGHT et al., Respondents, v. BLAINE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Harry H. Vought and another against James Blaine and another. W. F. Severance, for appellants. F. M. Avery, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

WADE, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Elizabeth Wade against the city of Mt. Vernon. No opinion. Motion denied.

WAGNER, Appellant, v. DOYLE, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by John Wagner against Anna J. Doyle, as administratrix de bonis non of Charles Kinken, deceased. No opinion. Judgment and order affirmed, with costs.

WAGNER, Respondent, v. HUDSON VALLEY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Action by William C. Wagner against the Hudson Valley Railway Company. No opinion. Motion granted.

WARDEN, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Irene Warden, an infant, by William E. Warden, her guardian ad litem, against the city of New York and others. No opinion. Order of reversal amended to read as follows: "Judgment and order reversed on exceptions only, and the order is affirmed on all other grounds." See 108 N. Y. Supp. 305.

In re WARSAY HOTEL CO. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) In the matter of the voluntary dissolution of the Warsay Hotel Company. No opinion. Order affirmed, with $10 costs and disbursements.

WARREN, Appellant, v. BUNEL, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Walter H. Warren against Caroline Bunel. No opinion. Judgment affirmed, with costs.

WARREN, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by William Warren against the Degnon Contracting Company. No opinion. Judgment of the Municipal Court reversed, on the ground that the present record shows that the negligence, if any, was that of a fel-